# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **JAIME SANCHEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:16-CV-0145-M** |
| | § | |
| **ALLSTATE TEXAS LLOYDS** | § | |
| Defendant. | § | |
| | § | |
| | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff Jaime Sanchez and Defendant Allstate Texas Lloyds hereby dismiss all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties intend for this Agreed Dismissal to constitute a final disposition of their claims in accordance with their settlement agreement.

Respectfully submitted:

**THE VOSS LAW FIRM, PC**

*/s/ Scott G. Hunziker (*w/permission)
Bill L. Voss
State Bar No. 24047043
Scott G. Hunziker
State Bar No. 24032446
26619 Interstate 45 South
The Woodlands, TX  77380
Telephone:  (713) 861-0015
Facsimile: (713) 861-0021
bill.voss@vosslawfirm.com
scott@vosslawfirm.com
**ATTORNEYS FOR PLAINTIFF**

                **THOMPSON, COE, COUSINS & IRONS, L.L.P.**

                */s/ Eric K. Bowers* _____
Roger D. Higgins
State Bar No. 9601500
Eric K. Bowers
State Bar No. 24045538
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
rhiggins@thompsoncoe.com
ebowers@thompsoncoe.com

            **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on all counsel of record via electronic filing on the 11th day of July, 2016.

            */s/Scott G. Hunziker (*w/permission)
Scott G. Hunziker